**Abatement Order filed March 31, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00075-CR
_____

### CASEY HOLMES DYER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1367335**

## ABATEMENT ORDER

Our records reflect appellant is represented by appointed counsel on appeal, Joseph W. Varela. On March 26, 2015, counsel filed a motion to withdraw as appellate counsel contending he filed a motion to withdraw in the trial court and was not appointed to represent counsel of appeal. Accordingly, we enter the following order.

We ORDER the judge of the 351st Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel. Those records shall be filed with the clerk of this within **30 days** of the date of this order

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court.

PER CURIAM